[No. 44385-2-I.    Division One.    March 27, 2000.]

ROBERT D. PETERSON, *Appellant*, v. DAVID J. CHRISTIE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-18948-7, Donald D. Haley, J., entered March 2, 1999. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid, A.C.J., and Webster, J.

[No. 44399-2-I.    Division One.    March 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE EUGENE SHEPHERD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-02065-7, David F. Hulbert, J., entered March 29, 1999. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid, A.C.J., and Appelwick, J.

[No. 44462-0-I.    Division One.    March 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. E.H., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-08055-0, Peter Jarvis, J., entered February 9, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44572-3-I.    Division One.    March 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN M. SIMMONS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-00450-5, Brian D. Gain, J., entered April 1, 1999. *Remanded* by unpublished per curiam opinion.